

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00419-CV

Stephanie **RODRIGUEZ** & All Other Occupants,
Appellant

v.

Diana **SNYDER**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2024CV04645
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: October 2, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed by August 15, 2024. Neither the brief nor a motion for extension of time compliant with Texas Rule of Appellate Procedure 10.5(b) was filed. On September 4, 2024, we ordered appellant to file, no later than September 16, 2024, her brief and a written response reasonably explaining: (1) her failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. Our order cautioned appellant that if she failed to timely file a brief and the written response by September 16, 2024, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX.

R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order). Appellant did not file a response to our September 4, 2024 order. We dismiss this appeal for want of prosecution.

PER CURIAM